UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT RYERSON, Individually and on Behalf
Of All Others Persons Similarly Situated,

                              Case No.
                              07 CIV. 3564

                              AFFIDAVIT OF
        -gainst-                     SERVICE

MERRILL LYNCH & CO., and MERRILL LYNCH, et al.,

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am over18 years of age and reside at Yonkers, NY:

On May 9, 2007 at 11:35 a.m. at 222 Broadway, New York, NY 10038,
I served the within SUMMONS, COMPLAINT AND JURY DEMAND on MERRILL LYNCH & CO., INC., defendant therein named, by delivering a true copy of same to DESIRAE WELLS, designated agent.

The person served is a black female, black hair 35-45 years old, 5'5"-5'7" in height, 135-145 pounds.

                                                      *Caswell Bryan*
                                                      Caswell Bryan
                                                      License No. 846846

Sworn to before me this
9th day of May 2007

*Julio Delara*
NOTARY PUBLIC
JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 20 __

LegalEase Inc.

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796