UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROBERT RYERSON, Individually :
and on Behalf of All Other :
Persons Similarly Situated, :
:
               Plaintiffs, :
: **NOTICE OF**
: **APPEARANCE**
   -against- :
: Case No.: 07cv3564
MERRILL LYNCH & CO., INC. and MERRILL :
LYNCH, PIERCE, FENNER & SMITH, INC. :
:
              Defendants. :
-------------------------------------------------------------X

Notice is hereby given of the appearance of the undersigned as counsel for ROBERT

RYERSON, in the above-entitled action. All further notice and copies of pleadings, papers,

and other material relevant to this action should be directed to and served upon:

              BERGER & ASSOCIATES
              Bradley Berger, Esq.
              321 Broadway
              New York, NY 10007
              Tel: (800) 529-4444

Dated: New York, New York
       May 14, 2007

              Respectfully submitted,

              **BERGER & ASSOCIATES**

              By: /s/ Bradley Berger
                   Bradley Berger (BB1127)