LITTLER MENDELSON, P.C.
A. Michael Weber (AW-8760)
885 Third Avenue
New York, New York 10022
(212) 583-9600
Attorneys for Defendants Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT RYERSON, Individually and on Behalf Of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-v-<br><br>MERRILL LYNCH & CO, INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.<br><br>Defendants. | CASE NO.: 07 CV 3564-RWS<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that A. Michael Weber, a shareholder with the law firm of Littler Mendelson, a Professional Corporation, 885 Third Avenue, 16th Floor, New York, New York, 10022, hereby appears as counsel for Defendants, Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.

Dated: June 13, 2007
New York, New York

**LITTLER MENDELSON, P.C.**

By: /s/ A. Michael Weber
A. Michael Weber (AW 8760)
885 Third Avenue
New York, New York 10022
(212) 583-9600
email: mweber@littler.com

Attorneys for Defendants Merrill Lynch & Co., Inc. and Merrill Lynch, Pierce, Fenner & Smith, Inc.