Terry E. Sanchez (Cal. State Bar No. 101318,
*pending pro hac vice*)
Katherine M. Forster (Cal. State Bar No. 217609,
*pending pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

A. Michael Weber
LITTLER MENDELSON, P.C.
885 Third Avenue
16th Floor
New York, New York 10022-6022
Telephone: (212) 583-9600
Fax: (212) 832-2719

Attorneys for Defendants Merrill Lynch & Co., Inc., and
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT RYERSON, Individually and on Behalf Of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>- against -<br><br>MERRILL LYNCH & CO, INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC.<br><br>Defendants. | CASE NO.: 07 CV 3564-RWS<br><br>**DEFENDANTS' RULE 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendants, non governmental parties, represent that Merrill Lynch, Pierce, Fenner & Smith Incorporated's parent corporation is Merrill Lynch & Co., Inc., and certify that (a) Merrill Lynch & Co., Inc., a publicly held corporation, directly or indirectly owns

10% or more of the securities of Merrill Lynch, Pierce, Fenner & Smith Incorporated, and (b) no publicly held corporation owns more than 10% of the stock of Merrill Lynch & Co., Inc.

Dated: June 13, 2007

          LITTLER MENDELSON, P.C.

By:  /s/ A. Michael Weber
     A. Michael Weber (AW 8760)
     LITTLER MENDELSON, P.C.
     885 Third Avenue, 16th Floor
     New York, New York 10022-6022
     (212) 583-9600

Attorneys for Defendants Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated