UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Ryerson

        -v.-

Merrill Lynch & Co.

------------------------------------------------------------X

07 Civ. 3564 (RWS)

Please be advised that the conference scheduled

for Sept 12, 07 has been rescheduled to

Sept 26, 07 at 4:30 pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
7/12/07

ROBERT W. SWEET
United States District Judge