A. Michael Weber, Esq. (AW 8760)
LITTLER MENDELSON, P.C.
885 Third Avenue
16th Floor
New York, New York 10022-6022
Telephone: (212) 583-9600
Fax: (212) 832-2719

DOC # 11

Attorneys for Defendants Merrill Lynch & Co., Inc., and
Merrill Lynch, Pierce, Fenner & Smith Incorporated

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROBERT RYERSON, Individually and on Behalf Of All Other Persons Similarly Situated, | | |
| | | 07 CV 3564-RWS |
| Plaintiffs, | | |
| - against - | | **NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE** |
| MERRILL LYNCH & CO, INC. and MERRILL LYNCH, PIERCE, FENNER & SMITH, INC. | | |
| Defendants. | | |

PLEASE TAKE NOTICE, that pursuant to Local Rule 1.3(c) and upon the affirmation of

Michael Weber, subscribed to on July 2, 2007, and the Certificates of Good Standing annexed

thereto, the undersigned counsel for Defendants Merrill Lynch & Co., Inc. and Merrill Lynch,

Pierce, Fenner & Smith Incorporated, hereby moves the admission *pro hac vice* of Terry E.

Sanchez, Esq. and Katherine M. Forster, Esq. both of the law firm of Munger, Tolles & Olson

LLP and both members in good standing of the Bar of the State of California.

So ordered

Bruce T VSDJ

1/14/08

Dated: July 2, 2007

LITTLER MENDELSON, P.C.

By: _____

A. Michael Weber (AW 8760)
885 Third Avenue, 16th Floor
New York, New York 10022-6022
(212) 583-9600

Attorneys for Defendants Merrill Lynch & Co., Inc.,
and Merrill Lynch, Pierce, Fenner & Smith
Incorporated

TO:   LOCKS LAW FIRM, PLLC
Seth R. Lesser (SL 5560)
Fran L. Rudich (FR 7577)
110 East 55th Street, 12th Floor
New York, New York 10022
(212) 838-3333

BERGER & ASSOCIATES ATTORNEYS
Bradley Ian Berger
321 Broadway
New York, NY 10007
(800) 529-4444

BROMBERG LAW OFFICE, P.C.
Brian Lewis Bromberg
40 Exchange Place, Suite 2010
New York, NY 10005
(212) 248-7906

BERGER & GOTTLIEB
Jeffrey Michael Gottlieb
150 E. 18 St.
New York, NY 10003
(212)-228-9795

Attorneys for Plaintiff