**MUNGER, TOLLES & OLSON LLP**

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

RECEIVED APR 15 2008 JUDGE SWEET CHAMBERS

April 15, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08

WRITER'S DIRECT LINE
(213) 683-9538
(213) 593-2838 FAX
Katherine.Forster@mto.com

*By Facsimile  (212) 805-7925*

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

So ordered
[signature] Sweet USDJ
4.15.08

Re:   <u>Ryerson v. Merrill Lynch; Case No. 07-CV 3564 (RWS)</u>

Dear Judge Sweet:

This office represents Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") in the above-referenced matter. Merrill Lynch respectfully requests that the Court extend the discovery cut-off in this matter from the current date of April 30, 2008, to July 14, 2008. Merrill Lynch further requests that the pretrial conference be rescheduled from May 14, 2008, to July 30, 2008. This extension of time will give the parties the opportunity to complete discovery in this matter, including depositions of individuals and corporate representatives. No prior extensions of time have been requested in this matter.

4844431.1

MUNGER, TOLLES & OLSON LLP

Honorable Robert W. Sweet
April 15, 2008
Page 2

        Merrill Lynch has conferred with Plaintiff regarding this request and he has indicated that he does not oppose the requested extension.

                                            Respectfully,

                                            Katherine M. Forster

KMF:mjw

cc:   Fran Rudich
       Brian Bromberg
       Terry Sanchez

4844431.1

MUNGER, TOLLES & OLSON LLP

Honorable Robert W. Sweet
April 15, 2008
Page 3

bcc:   Michele Meyer-Shipp

4844431.1