# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE

THIRTY-FIFTH FLOOR

LOS ANGELES, CALIFORNIA 90071-1560

TELEPHONE (213) 683-9100

FACSIMILE (213) 687-3702

ROBERT K. JOHNSON
ALAN V. FRIEDMAN
RONALD L. OLSON
RICHARD S. VOLPERT
DENNIS C. BROWN
ROBERT E. DENHAM
JEFFREY I. WEINBERGER
ROBERT L. ADLER
CARY B. LERMAN
CHARLES D. SIEGAL
RONALD L. NEYER
GREGORY P. STONE
VILMA S. MARTINEZ
BRAD D. BRIAN
BRADLEY S. PHILLIPS
GEORGE M. GARVEY
WILLIAM D. TEMKO
STEVEN L. GUISE
ROBERT B. KNAUSS
STEPHEN M. KRISTOVICH
JOHN W. SPIEGEL
TERRY E. SANCHEZ
STEVEN M. PERRY
MARK B. HELM
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GREGORY D. PHILLIPS
LAWRENCE C. BARTH
KATHLEEN M. MCDOWELL
GLENN D. POMERANTZ
THOMAS B. WALPER
RONALD C. HAUSMANN
PATRICK J. CAFFERTY, JR.
JAY M. FUJITANI
O'MALLEY M. MILLER
SANDRA A. SEVILLE-JONES
MARK H. EPSTEIN
HENRY WEISSMANN
KEVIN S. ALLRED
BART H. WILLIAMS
JEFFREY A. HEINTZ
JUDITH T. KITANO
KRISTIN LINSLEY MYLES
MARC T.G. DWORSKY
JEROME C. ROTH
STEPHEN D. ROSE
JEFFRET L. BLEICH

GARTH T VINCENT
TED DANE
MARK SHINDERMAN
STUART N SENATOR
MARTIN D. BERN
DANIEL P. COLLINS
RICHARD E. DROOYAN
ROBERT L. DELL ANGELO
BRUCE A ABBOTT
JONATHAN E. ALTMAN
MARY ANN TODD
MICHAEL J. O'SULLIVAN
KELLY M. KLAUS
DAVID B. GOLDMAN
BURTON A. GROSS
KEVIN S. MASUDA
HOJOON HWANG
KRISTIN S. ESCALANTE
DAVID C. DINIELLO
ANDREA WEISS JEFFRIES
PETER A DETRE
PAUL J. WATFORD
DANA D. TRISTER
CARL H. MOOR
DAVID M. ROSENZWEIG
DAVID H. FRY
LISA J. DEMSKY
MALCOLM A. HEINICKE
GREGORY J. WEINGART
TAMERLIN J. GODLEY
JAMES C. RUTTEN
J. MARTIN WILLHITE
RICHARD ST. JOHN
ROHIT K. SINGLA
LUIS LI
CAROLYN HOECKER LUEDTKE
C. DAVID LEE
MARK H. KIM
BRETT J. RODDA
SEAN ESKOVITZ
DMITRY B. SZABO
LINDA S. GOLDMAN
NATALIE PAGES STONE
FRED A. ROWLEY, JR.
JOSEPH S. KLAPACH
MONIKA S. WIENER
JENNY HEALEY SCHMITT
RANDALL G. SOMMER

AARON M. MAY
SHONT E. MILLER
MARIA SEFERIAN
MANUEL F. CACHAN
ERIC J. LORENZINI
KATHERINE K. HUANG
KATHERINE M FORSTER
ROSEMARIE T. RING
JOSEPH J. YBARRA
BLANCA FROMM YOUNG
BIDDE CUJELSU
KATE H. ANDERSON
ALISON J. MARKOVITZ
E. DORSEY HEINZ
SAMUEL N. WEINSTEIN
PAUL M. ROHRER
KIT JOHNSON
JAY K. SHIVA
SUSAN TRAUB BOYD
JOHN FER L. POLSE
TODD J. ROSEN
DANIEL L. GEYSER
BRIAN R. HOCHLEUTNER
DEAN N. KAWAMOTO
GRANT A. DAVIS-DENNY
S. MARTIN ESTRADA
JASON RANTANEN
AMY C. TOVAR
REBECKA GOBE LYNCH
JONATHAN H. BLAVIN
JOHN R. GRIFFIN
KAREN J. FESSLER
MICHELLE T. FRIEDLAND
J. RAZA LAWRENCE
LIKA C. MIYAKE
MELINDA EADES LEMOINE
ANDREW W. SONG
DANIEL A BECK
YOHANCE C. EDWARDS
JULIE D. CANTOR
SETH GOLDMAN
FADIA HASAN HAFEEDH
DANIEL J POWELL
DANIEL R. LEVIN
JOSHUA P. GROBAN
VICTORIA L. BOESCH
HAILYN J. CHEN
BRAD SCHNEIDER

DAVID W. SWIFT
JEAN V. RHEE
ALEXANDRA LANG SUSMAN
DEHENIEVE A. COX
MIRIAM KIM
MISTY M. SANFORD
BRIAN P. DUFF
AIMEE FEINBERG
JOEL D. WHITLEY
JEFFREY B. SINBAR STER
MONICA DIGGS MANGE
KATHARINE L. HALL
KATHERINE KU
KIMBERLY A. CHI
BHOSHANA E BANNETT
TINA CHARGENONG
TERMANN E.S. NADATA
ADAM B. BADAWI
ASHFAQ O CHOWDHURY
LEE S. TAYLOR
DEREK J. KAUFMAN
KIMBERLY D. ENCINAS
MARCUS U. SPIEGEL
GABRIEL P SANCHEZ
BETHANY C. WOODARD
PAULA R. LEVY
CONNIE T CHIANG
DAVID C. YANG
WILLIAM E. CANO
EMILY PAN
BILL WARD
HENRY E. ORREN
MATTHEW J. SPENCE
BENJAMIN W. HOWELL
WESLEY SHIH
JACOB B. KREILKAMP
PAUL J. KATZ
ARIEL A. NEUMAN

RICHARD D. ESBENSHADE*
ALLISON B. STEIN
PETER R. TAFT
OF COUNSEL

E. LEROY TOLLES
RETIRED

*A PROFESSIONAL CORPORATION

580 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-2907

TELEPHONE (415) 512-4000

FACSIMILE (415) 512-4077

June 25, 2008

WRITER'S DIRECT LINE
(213) 683-9538
(213) 593-2838 FAX
Katherine.Forster@mto.com

*By Facsimile (212) 805-7925*

Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*So ordered*
*/suri TUSDI*
*7-1-08*

Re: Ryerson v. Merrill Lynch; Case No. 07-CV 3564 (RWS)

Dear Judge Sweet:

This office represents Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch") in the above-referenced matter. Due to difficulties in scheduling depositions, Merrill Lynch respectfully requests that the Court extend the discovery and motion cut-off date in this matter from the current date of July 14, 2008 to September 8, 2008. Merrill Lynch also requests that the pretrial conference be rescheduled from July 30, 2008 to September 24, 2008. This extension of time will give the parties the opportunity to complete discovery in this matter, including depositions which are now scheduled to commence on July 29, 2008.

Merrill Lynch requested, with Plaintiff's consent, and was granted one previous extension of these dates, but unfortunately the parties were too optimistic about their ability to complete depositions within the time previously requested.

5363849.1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7 | 8 | 08__

MUNGER, TOLLES & OLSON LLP
    Honorable Robert W. Sweet
    June 25, 2008
    Page 2

            Merrill Lynch has conferred with Plaintiff regarding this request and he has one
    again indicated that he does not oppose the requested extension.

                                                    Respectfully,

                                                    Katherine M. Forster

KMF:mjw

cc:    Fran Rudich
       Brian Bromberg
       Terry Sanchez