**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
ROBERT RYERSON, Individually and on Behalf
of All Other Persons Similarly Situated,

                      Plaintiffs,

                                                   **07 CIVIL 3564**

        -against-

MERRILL LYNCH & CO., INC. and MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.

                      Defendants.
-------------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Fran L. Rudich_____

[x]  *Attorney*

    [x]  I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __FR7577_____

    [ ]  I am a Pro Hac Vice attorney

    [ ]  I am a Government Agency attorney

*Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____ _____.

[x]  *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]  *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____ ___(914) 997 - 2444_ _____ _

[x] *E-Mail Address:* _____ FRudich@klafterolsen.com _____

Dated: ___July 31, 2008_____   /s/  Fran L. Rudich_____