**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ROBERT RYERSON, Individually and on Behalf
of All Other Persons Similarly Situated,

                Plaintiffs,

             **07 CIVIL 3564**

       -against-

MERRILL LYNCH & CO., INC. and MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.

                Defendants.
----------------------------------------------------------------x

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: ___Seth R. Lesser_____

[x]    *Attorney*

    [x]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
           ___SL5560_____

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

    *Law Firm/Government Agency Association*

    From: _____LOCKS LAW FIRM PLLC_____

    To: _____KLAFTER, OLSEN & LESSER LLP_____

[x]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[x]    *Address:* __Klafter, Olsen & Lesser LLP/1311 Mamaroneck Avenue, Suite 220/ White Plains, NY, 10605

[x]    *Telephone Number:* ____(914) 997 - 5656_____

[x] *Fax Number:* _____(914) 997 - 2444_____

[x] *E-Mail Address:* _____SLesser@klafterolsen.com_____

Dated: ___July 31, 2008_____  /s/  Seth R. Lesser_____