# KLAFTER OLSEN & LESSER LLP
## ATTORNEYS AT LAW

1311 Mamaroneck Avenue, Suite 220, White Plains, New York 10605
914-997-5656 • Fax 914-997-2444 • www.klafterolsen.com

September 5, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/08

RECEIVED
SEP 08 2008
JUDGE SWEET CHAMBERS

<u>Via Facsimile</u>

Hon. Robert Sweet
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Ryersen v. Merrill Lynch & Co., Inc., et al.*
              *07-CV-3564 (RWS)*

Dear Judge Sweet:

      We represent the Plaintiff in the above-referenced matter and we are writing to request an extension of the discovery cutoff date and motion deadline in this action from September 8, 2008 to November 7, 2008 and an adjournment of the pretrial conference from September 24 2008, to a date that is convenient for the Court after November 7th . This is the parties' third request for such extension (and the Plaintiff's first). Defendants have consented to this extension.

      The Plaintiff is requesting this extension due to the fact that as of August 1, 2008, I switched firms. Although I am still handling this case and I am the primary attorney responding for this file, this move have caused unexpected delays and transition issues which have delayed scheduling depositions in this case. Notwithstanding these transition issues, to date, the parties have conducted the named Plaintiff's deposition, as well as one of Defendants' 30(b)(6) witnesses. The parties need to schedule 2 or 3 additional 30(b)(6) depositions of Defendants, as well as some follow-up paper discovery, which we intend to conduct as expeditiously as possible.

      Although the parties have worked diligently to complete discovery within the time allotted by the Court, due to the foregoing, the parties both agree that additional time is needed to complete discovery. In light of the circumstances described above, we ask that the deadlines for fact discovery and the motion deadline be extended to November 7, 2008 and that the conference currently scheduled for September 24, 2008 be rescheduled, at the Court's convenience, for a date after November 7, 2008.

*[signatures]*

*So ordered*
*[signature]*
*USDJ*
*9-8-08*

New York • New Jersey • Washington, DC

Hon. Robert W. Sweet
Page 2
September 5, 2008

    Thank you for your consideration of this matter.

                                                Very truly yours,

                                                *Fran L. Rudich*

                                                Fran L. Rudich


cc:    Katherine Forster, Esq. (via e-mail)
        Brian Bromberg, Esq. (via e-mail)

