UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X

ROBERT RYERSEN, Individually and on
Behalf of All other persons similarly
situated,

                Plaintiffs,

  - against -

MERRILL LYNCH & CO, INC., and MERRILL
LYNCH, PIERCE, FENNER & SMITH, INC.,

                Defendants.

----------------------------------------X

07 Civ. 3564 (RWS)

O R D E R

**Sweet, D.J.,**

      Plaintiff's motion for an order for sanctions pursuant to Fed. R. Civ. P. 37(b)(2) will be heard at noon on Wednesday, April 15, 2009, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

      It is so ordered.

**New York, NY**
**April /0, 2008**

ROBERT W. SWEET
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/09